# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
FIRST STATE BANK,

        Plaintiff,        Case No.: 8:13-cv-02037-VMC-TBM

v.

EILEEN J. MANGANO, as Personal
Representative of the Estate of
RONALD H. COPENHAVER, COREY J.
COUGHLIN, CAMDEN TED FRENCH a/k/a
C. TED FRENCH, ROBERT WADE HARRIS
a/k/a R. WADE HARRIS, JOHN
TZANNETAKIS, LISA ULRICH, and
MICHAEL K. WORTHINGTON,

        Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, the Federal Deposit Insurance Corporation as Receiver for First State Bank ("Plaintiff" or "FDIC-R"), and Defendants, Eileen J. Mangano, as personal Representative of the Estate of Ronald H. Copenhaver, Corey J. Coughlin, Camden Ted French, Robert Wade Harris, John Tzannetakis, Lisa Ulrich, and Michael K. Worthington (collectively, "Defendants") (Plaintiff and Defendants shall hereinafter be collectively referred to as "Parties") hereby stipulate to the dismissal of this matter, with prejudice, with all Parties to bear their own costs and attorneys' fees.

The Parties respectfully request that the Court enter an Order dismissing this matter with prejudice and retaining jurisdiction to enforce the terms of the Settlement and Release Agreement entered into by the Parties on or about July 25, 2014.

Date: August 7, 2014                                        Respectfully submitted,


/s/ Barbara Viniegra
Barbara Viniegra
Florida Bar Number 716901
CONCEPCION MARTINEZ & PUENTE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Telephone: (305) 444-6669
Facsimile: (305) 444-3665
E-mail: bviniegra@cfclaw.com
*Counsel for Plaintiff FDIC-R*



/s/ Howard K. Coates, Jr.
Howard K. Coates, Jr.
Florida Bar Number 714306
Courtney G. Tito
Florida Bar Number 726141
McDonald Hopkins LLC
505 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
Telephone: (561) 472-2121
Facsimile: (561) 471-2122
E-mail: hcoates@mcdonaldhopkins.com
           ctito@mcdonaldhopkins.com
*Counsel for Defendants Eileen J. Mangano, as Personal*
*Representative of the Estate of Ronald H.Copenhaver,*
*C. Ted French, Robert Wade Harris, and Lisa Ulrich*

/s/ George Igler
A. George Igler
Florida Bar Number 279927
Adams and Reese LLP
2457 Care Drive
Tallahassee, FL 32308
Telephone:  (850) 878-2411
Facsimile:  (850)878-1230
E-mail:  george.igler@arlaw.com
*Counsel for Defendant*
*Corey J. Coughlin*


/s/ Robert J. Angerer, Jr.
Robert Jerald Angerer, Jr.
Florida Bar Number 995381
Angerer & Angerer
2903 Royal Isle Dr.
P.O. Box 10468
Tallahassee, FL 32302
E-mail:  angerer@comcast.net
*Co-Counsel for Defendant Corey J. Coughlin*


/s/ Jason Kellogg
Lawrence A. Kellogg
Florida Bar Number 328601
Jason Kellogg
Florida Bar Number 578401
Levine, Kellogg, Lehman, Schneider +
Grossman LLP
201 South Biscayne Boulevard
22nd Floor, Miami Center
Miami, FL 33131
E-mail:  lak@lklsg.com
          jk@lklsg.com
*Counsel for Defendants John Tzannetakis*
*and Michael K. Worthington*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Barbara Viniegra

**SERVICE LIST**

| | |
|---|---|
| Carlos F. Concepcion, Esq.<br>cconcepcion@cfclaw.com<br>Barbara Viniegra, Esq.<br>bviniegra@cfclaw.com<br>Concepcion, Martinez & Puente<br>255 Aragon Ave., 2nd Floor<br>Coral Gables, FL 33134<br>*Counsel for FDIC-R* | (Served via Transmission or Notices of Electronic Filing generated by CM/ECF) |
| Howard K. Coates, Jr., Esq.<br>hcoates@mcdonaldhopkins.com<br>McDonald Hopkins LLC<br>505 S. Flagler Drive, Suite 300<br>West Palm Beach, FL 33401<br>*Counsel for Defendants Ronald H.*<br>*Copenhaver, C. Ted French,*<br>*Robert Wade Harris, and Lisa Ulrich* | (Served via Transmission or Notices of Electronic Filing generated by CM/ECF) |

Robert Jerald Angerer, Jr., Esq.     (Served via Transmission or Notices of Electronic
angerer@comcast.net     Filing generated by CM/ECF)
Angerer & Angerer
2903 Royal Isle Dr.
P.O. Box 10468
Tallahassee, FL 32302
*Co-Counsel for Defendant Corey J. Coughlin*


A. George Igler, Esq.     (Served via Transmission or Notices of Electronic
george.igler@arlaw.com     Filing generated by CM/ECF)
Adams and Reese LLP
2457 Care Drive
Tallahassee, FL 32308
*Co-Counsel for Defendant Corey J. Coughlin*


Lawrence A. Kellogg, Esq.     (Served via Transmission or Notices of Electronic
lak@lklsg.com     Filing generated by CM/ECF)
Jason Kellogg, Esq.
jk@lklsg.com
Levine, Kellogg, Lehman, Schneider +
Grossman LLP
201 South Biscayne Boulevard
22nd Floor, Miami Center
Miami, FL 33131
*Counsel for Defendants John Tzannetakis*
*and Michael K. Worthington*